UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TOMMY E. REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04-CV-745 ERW |
| ) | |
| CITY OF ST. CHARLES, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon the limited remand of the Eighth Circuit Court of Appeals for calculation and collection of appellate filing fees pursuant to <u>Henderson v. Norris</u>, 129 F.2d 481 (8th Cir. 1997).

### Background

On July 6, 2007, Plaintiff Tommy E. Reed (Reg. #286474), filed a notice of appeal from this Court's summary judgment entered against him on June 6, 2007. On July 24, 2007, the Court of Appeals remanded this action for the calculation and collection of appellate filing fees.

### 28 U.S.C. § 1915 (a)

Title 28 U.S.C. § 1915(a)(1), (2) requires a prisoner seeking leave to appeal in forma pauperis to submit an affidavit of indigency and a certified copy of his prison account statement for the six month period immediately preceding the filing of the notice of appeal. Furthermore, § 1915(b)(1) requires a prisoner seeking leave to proceed on appeal in forma pauperis to pay the full amount of the filing fee.[1] If the prisoner has insufficient funds in his prison account to pay the entire fee, the

---

[1] The total fee for filing an appeal is $455. This consists of a $5 fee, usually referred to as a "filing fee," and a $450 fee, usually referred to as a "docketing fee." The $5 fee is required by 28 U.S.C. § 1917 "[u]pon the filing of any separate or joint notice of appeal." The $450 "docketing fee"

Court must assess and, when funds exist, collect an initial partial filing fee of 20 percent of the greater of (1) the average monthly deposits in the prisoner's account; or (2) the average monthly balance in the prisoner's account for the prior six month period. See 28 U.S.C. § 1915 (b)(1). After payment of the initial partial filing fee, the prisoner is required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. See 28 U.S.C. § 1915 (b)(2). The agency having custody of the prisoner will forward these monthly payments to the Clerk of Court each time the amount in the prisoner's account exceeds $10, until the filing fee is fully paid.

## Discussion

Plaintiff has not submitted a separate motion for leave to proceed in forma pauperis on appeal or a certified copy of his prison account statement. Therefore, the Court will order plaintiff to submit an affidavit and a certified copy of his prison account statement for the six month period immediately preceding the filing of his notice of appeal pursuant to 28 U.S.C. § 1915 (a)(1)(2).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall file a certified copy of his prison account statement for **the six month period immediately preceding the filing of his notice of appeal on July 6, 2007**, and a "motion to proceed on appeal in forma pauperis and affidavit in support - - prisoner cases" within thirty (30) days from the date of this order.[2]

**IT IS FURTHER ORDERED** that if plaintiff fails to submit a certified copy of his prison account statement and a "motion to proceed on appeal in forma pauperis and affidavit in support"

---

is required by resolution of the Judicial Conference of the United States acting pursuant to its authority to determine "[t]he fees and costs to be charged and collected in each court of appeals." 28 U.S.C. § 1913.

[2]When requesting a certified copy of his prison account statement, plaintiff is instructed to inform the Department of Corrections that the account statement must include all activity on his account during the six month period preceding the filing of his notice of appeal on July 6, 2007.

within thirty days from the date of this order, the Court will order him to pay the full $455 filing and docketing fees for filing an appeal.

**IT IS FURTHER ORDERED** that the Clerk shall forward, together with a copy of this order, a form "motion to proceed on appeal in forma pauperis and affidavit in support - - prisoner cases" to plaintiff to complete and return with his certified copy of his prison account statement.

Dated this 5th Day of October, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE